IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:08-cr-58 |
| | ) | |
| PAMELA R. MILLER | ) | |

**O R D E R**

This criminal case is before the court on the Report and Recommendation of Magistrate Judge Dennis H. Inman [doc. 190]. Judge Inman conducted a change of plea hearing and found the defendant competent to enter a plea; that the plea was knowing and voluntary; and that the pleas has a sufficient basis in fact. Based on these findings, Judge Inman recommends that the court accept the defendant's guilty plea to a lesser included offense of Count Two and to Count Four of the Superseding Indictment.

No objections to the Report and Recommendation have been received within the time allowed. Therefore, the court **ADOPTS** the Report and

Recommendation in its entirety, and the defendant's plea of guilty is **ACCEPTED**. The defendant shall remain in custody. The sentencing hearing is set for **June 23, 2009, at 1:30 p.m.** in Greeneville.

ENTER:

*s/ Leon Jordan*
United States District Judge